# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDON FISHER

NO. 2024 KW 0094

**MARCH 22, 2024**

---

In Re:    Brandon Fisher, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-11-0626.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motions for "Collateral Review," filed December 22, 2022, and May 16, 2023, if it has not already done so.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT